IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EBONY KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. CV 02-J-1556-S |
| ) | |
| JUDGE ALOYSIUS GOLDEN, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

The petitioner, Ebony King, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. She alleges that she is being illegally detained by the respondent, Judge Aloysius Golden. The respondent has filed a partial response to this court's order to show cause why the relief should not be granted. (Doc. 9). In the response, the respondent asserts that the matter is due to be dismissed because the petitioner has been released from custody.

On October 25, 2002, a magistrate judge of this court entered an order requesting that the petitioner file a reply to the respondent's position. (Doc. 10). The petitioner has not responded to the court's order.

Premised on the foregoing, King's petition for a writ of habeas corpus is due to be dismissed as being moot. An appropriate order will be entered.

DONE, this 25 day of November, 2002.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE